UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-218-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| CHRISTIAN M.G. RHODES, Sr. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Information against the above-captioned defendant, for the following reasons:

1. On October 7, 2014, an Information and plea agreement were filed in the above referenced case, charging the defendant with Conspiracy to Defraud the Government with respect to claims, in violation of Title 18, United States Code, Sections 286, and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A.

2. On January 5, 2015, the defendant requested additional time to discuss his plea with defense counsel. Additional time was granted until the January 26, 2015 term of court. The defendant notified the Government that he no longer desired to enter a guilty plea.

3. On March 4, 2015, a duly empanelled Grand Jury sitting in the Eastern District of North Carolina returned an Indictment in the United States v. Christian M. Rhodes, case No. 5:15-CR-76, charging

the defendant with various offenses relating to the charges previously filed.

4. The United States Attorney for the Eastern District of North Carolina hereby dismisses Information No. 5:14-CR-218-F.

Respectfully submitted this the 23rd day of March, 2015.

THOMAS G. WALKER
United States Attorney

By: /s/ Susan B. Menzer
SUSAN B. MENZER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: (919) 856-4099

Leave of Court is granted for the filing of the foregoing dismissal.

James C. Fox
JAMES C. FOX
UNITED STATES DISTRICT COURT JUDGE

DATE: 3/24/15